**Order entered July 1, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00385-CV

## IN RE VICTOR J. BLACK, Relator

**Original Proceeding from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F09-62734-Y**

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
        JUSTICE